IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| ROBERT JAMES RICHARDSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:20-cv-00948-DGK-SSA |
| | ) |
| ANDREW SAUL, | ) |
| Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

On October 24, 2023, the Court issued a show cause order and warned the case would be dismissed without prejudice for failure to prosecute if a response was not filed by November 6, 2023. ECF No. 6. Plaintiff has not filed anything to date. Thus, this case is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

**IT IS SO ORDERED.**

Date: November 8, 2023             /s/ Greg Kays
                                   GREG KAYS, JUDGE
                                   UNITED STATES DISTRICT COURT