# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| ROBERT JAMES RICHARDSON, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>KILOLO KIJAKAZI, )<br>Acting Commissioner of Social Security, )<br>)<br>    Defendant. ) | Case No. 4:20-cv-00948-DGK |

## **JUDGMENT IN A CIVIL ACTION**

_____ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__X__ **Decision by Court.** This action has been considered and a decision has been rendered by the Court.

**IT IS ORDERED AND ADJUDGED** that this case is dismissed for failure to prosecute.


November 8, 2023                        Paige Wymore-Wynn
Dated                                   Clerk of Court

November 9, 2023                     /s/ Tracy Strodtman
Entered                                  (by) Deputy Clerk